IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NUWAVE, LLC**, | Civil Action No. 1:17-cv-08781 |
| Plaintiff, | |
| v. | Judge: Thomas M. Durkin |
| **H MART MIDWEST CORP.**, | JURY TRIAL DEMANDED |
| Defendant. | |

**ORDER REGARDING STIPULATION FOR ENTRY OF CONSENT DECREE AND DISMISSAL**

Upon the parties' stipulation:

**IT IS HEREBY ORDERED** that:

1. The Court has jurisdiction over the parties and the subject matter of the dispute and the Settlement Agreement;

2. NuWave is the owner of United States Patent No. 6,201,217 and 6,747,250;

3. H-Mart and its officers, agents, servants, employees, and attorneys and those persons who are in active concert or participation with H-Mart and/or its officers, agents, servants, employees, and attorneys are hereby enjoined from making, using, selling, offering for sale, or importing the KüHaus Halogen Oven identified in Plaintiff's Complaint;

4. This matter is hereby dismissed with prejudice and this Court shall retain jurisdiction to consider and determine any breach of the Settlement Agreement entered into between the parties hereto, and those parties agree that any matter arising out of or relating to that Settlement Agreement shall be litigated in this Court; and

     5.     The parties shall each bear their own costs.

Dated: April 23, 2018

                                                    THOMAS M. DURKIN, U.S. District Judge

U.S. District Court, Northern District of Illinois

2